S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JAMES BARBER,<br>               Defendant. | Case No. 3:22-cr-00065-SLG |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Plaintiff, the United States of America, hereby moves this Court, pursuant to Fed. R. Crim. P. 32.2(b)(2), to enter the Preliminary Order of Forfeiture attached to this motion, based on defendant's guilty plea and admission to forfeiture on November 26, 2024, Dkt. 156, as set forth in the Criminal Forfeiture Allegations of the Superseding Indictment, Dkt. 76, and restated in his Plea Agreement, Dkt. 152.

RESPECTFULLY SUBMITTED this 10th day of January 2025, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        */s/Seth Beausang*
        SETH BEAUSANG
        Assistant United States Attorney
        United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/Seth Beausang*
Assistant United States Attorney

*United States v. Barber*     3:22-cr-00065-SLG
Motion for Preliminary Order of Forfeiture     Page 2
Case 3:22-cr-00065-SLG-MMS    Document 160    Filed 01/10/25    Page 2 of 2